UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Leroy Buford,

Plaintiff,

Civil File No.: 00-1868
MJD/JGL

v.

**ORDER**

City of Minneapolis; Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, personally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity, and Columbus Corporation, d/b/a Dayton Radisson Ramp.

Defendants.

The above-titled matter came on for hearing before this Court on Plaintiff's motion to amend Complaint and to Extend Time to Amend Pleadings on ~~April 30, 2001~~. on April 25 by stipulation of the parties JGL Appearances were as noted in the record. The Court hereby orders the following:

1. Plaintiff's Motion to Amend his Complaint is hereby granted.

2. Plaintiff shall serve and file his Amended Complaint against any remaining Defendants by or before May 21, 2001.

3. The Scheduling Order is amended to permit further motions to amend pleadings to be file, served and heard by June 30, 2001.

4. All other dates and deadlines in the current Scheduling Order remain unchanged.

5. It is So Ordered.

Dated: April 25, 2001

Jonathan G. Lebedoff,
United States Magistrate Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK