UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Leroy Buford,

Plaintiff,

v.

City of Minneapolis; Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, personally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity, and Columbus Corporation, d/b/a Dayton Radisson Ramp,

Defendants.

Civil File No.: 00-1868 MJD/JGL

**STIPULATION TO AMEND SCHEDULING ORDER**

Plaintiff Kevin Leroy Buford ("Plaintiff") and Defendants City of Minneapolis, Officer Steven Tatro, Robert Olson, and Columbus Corporation ("Defendants"), each and all believing that an amended Scheduling Order should be entered pursuant to Rule 16 of the Rules of Civil Procedure in order allow additional time pursuant to Rule 26(a)(2)(B) due to the fact that the Plaintiff is incarcerated in the Hennepin County Workhouse through March of 2002, and each having stipulated, by their counsel, to the entry of this amended Scheduling Order and Order Amending Scheduling Order, and the Court having considered the proposed order, good cause appearing there for,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby Amended so that all scheduling order dates are extended one hundred twenty (120) days.



JAN 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1-02-02

**GOINS & WOOD, P.C.**

By: [signature]

Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
Attorneys for Plaintiff, Kevin Buford
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 1/4/02

**JAY M. HEFFERN**
**CITY ATTORNEY**

By: [signature]

Timothy Skarda, #234254
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

Dated: Jan 15, 2002

**CHESTNUT & CAMBRONNE**

By: [signature]

Dennis Johnson, #124564
Attorneys for Defendant Steven Tatro
204 Northstar Bank
4661 Highway 61
White Bear Lake, MN 55110
(651) 653-0990

Dated: Jan 9, 02

**COUSINEAU MCGUIRE & ANDERSON**

By: [signature]

Peter G. Van Bergen, # 112033
Attorneys for Columbus Corporation
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

**ORDER**

Based upon the above Stipulation of the parties and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 15 day of Jan., 2002.

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States Magistrate Judge
United States District Court