UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Leroy Buford, Civil File No.: 00-1868 MJD/JGL

Plaintiff,

v.

**STIPULATION TO AMEND SCHEDULING ORDER**

City of Minneapolis; Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, personally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity, and Columbus Corporation, d/b/a Dayton Radisson Ramp,

Defendants.

Plaintiff Kevin Leroy Buford ("Plaintiff") and Defendants City of Minneapolis, Officer Steven Tatro, Robert Olson, and Columbus Corporation ("Defendants"), each and all believing that an amended Scheduling Order should be entered pursuant to Rule 16 of the Rules of Civil Procedure in order allow additional time pursuant to Rule 26(a)(2)(B) due to the fact that there are pending administrative matters, which were recently decided by the Minnesota state appellate courts, regarding the potential obligation to indemnify and/or defend one or more defendants and which could, as a matter of law and fact, streamline the litigation process in this pending federal action following the mandated administrative contested case hearing, and each having stipulated, by their counsel, to the entry of this amended Scheduling Order and Order Amending Scheduling Order, and the Court having considered the proposed order, good cause appearing there for,



MAY 1 3
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby Amended so that all scheduling order dates are extended one hundred twenty (120) days.

Dated: 4/25/02

**GOINS & WOOD, P.C.**

By: ______________________
Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 4/26/02

**JAY M. HEFFERN**
**CITY ATTORNEY**

By: ______________________
Timothy Skarda, #234254
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

Dated: 4/29/02

**CHESTNUT & CAMBRONNE**

By: ______________________
Dennis Johnson, #124564
204 Northstar Bank
4661 Highway 61
White Bear Lake, MN 55110
(651) 653-0990

Dated: April 30, 02

**COUSINEAU MCGUIRE & ANDERSON**

By: ______________________
Peter G. Van Bergen, # 112033
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

**ORDER**

Based upon the above Stipulation of the parties and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 13 day of May, 2002.

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States Magistrate Judge
United States District Court