UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Leroy Buford,

Plaintiff,

v.

City of Minneapolis; Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, pesonally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity, and Columbus Corporation, d/b/a Dayton Radisson Ramp,

Defendants.

Civil File No: 00-1868 MJD/JGL

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AND ORDER**

---

Plaintiff Kevin Leroy Buford and Defendant Columbus Corporation, d/b/a Dayton Radisson Ramp, through their respective counsel, hereby stipulate and agree that Plaintiff's claims against Columbus Corporation, d/b/a Dayton Radisson Ramp, are dismissed with prejudice and without costs to either party. This Stipulation of Partial Dismissal does not dismiss any of Plaintiff's claims against Defendants other than Columbus Corporation, d/b/a Dayton Radisson Ramp.

GOINS & WOOD, P.A.

Dated: 1-14-03

Albert T. Goins, Sr.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Buford v. City of Minneapolis, et al., Civil No.: 00-1868 (MJD/JGL)

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: January 7, 2003

By: ______________________

PETER G. VAN BERGEN #112033
Attorneys for Defendant Dayton Radisson Ramp
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

**ORDER**

Based upon the above Stipulation of the parties, it is hereby **ORDERED** that Plaintiff's claims against Columbus Corporation, d/b/a Dayton Radisson Ramp, are hereby dismissed with prejudice and without costs to either party.

**BY THE COURT:**

Dated: 1-24, 2003

______________________

The Honorable Jonathon G. Lebedoff
United States Magistrate Judge
United States District Court

744518