**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**KEVIN LEROY BUFORD,**

Plaintiff,

v.

**CITY OF MINNEAPOLIS, and OFFICER STEVEN TATRO, personally, individually, and in his capacity as a Minneapolis Police Officer,**

Defendants.

Civil No. 00-1868 (MJD/JGL)

**MINUTES AND ORDER**

APPEARANCES

Albert Goins, Sr., Esq., and Kathryn Rene Burke Browne, Esq., on behalf of Plaintiff

Timothy Scott Skarda, Esq., on behalf of Defendant City of Minneapolis

A hearing was held on April 22, 2003, before Chief United States Magistrate Judge Jonathan Lebedoff on Plaintiffs' Motion to Enlarge Time and Modify Scheduling Order (Doc. No. 38). There was no opposition to the motion.

FILED 4.22.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Parties are granted an additional sixty days from the date of this Order to serve and file dispositive motions;

(2) Counsel for Plaintiff shall serve his dispositive motion no later than May 2, 2003;

(3) Counsel for Defendant City of Minneapolis shall serve his dispositive motion no later than June 1, 2003;

(4) Once all dispositive motions are served, the Parties must contact Judge Davis' calendar clerk to obtain a hearing date; and

(5) All other scheduling dates remain unchanged. This case shall be trial ready upon the determination of any dispositive motions brought pursuant to this Order.

Dated: April 22, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge