UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Leroy Buford,

Plaintiff,

v.

City of Minneapolis; Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, personally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity,

Defendants.

Civil File No.: 00-1868 MJD/JGL

**ORDER AND STIPULATION TO FILE SUPPLEMENTAL COMPLAINT**

Plaintiff Kevin Leroy Buford ("Plaintiff") and Defendants City of Minneapolis, Robert Olson and Officer Steven Tatro, by their respective counsel pursuant to Rule 15, each and all having stipulated, hereby agree to the service and filing of the attached Supplemental Complaint in the interests of clarifying and simplifying the issues in this case. Based on said Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiff shall serve and file the Attached Supplemental Complaint no later than May 2, 2003. All Scheduling Orders in this case are unchanged.



FILED 4.30.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: 4/28/03

GOINS & WOOD, P.C.

By: [signature]

Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
Attorneys for Plaintiff, Kevin Buford
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 4/29/03

JAY M. HEFFERN
CITY ATTORNEY

By: [signature]

Timothy Skarda, #0234254
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

Dated: 4/29/03

CHESTNUT & CAMBRONNE

By: [signature]

Dennis Johnson, #124564
Attorneys for Defendant Steven Tatro
204 Northstar Bank
4661 Highway 61
White Bear Lake, MN 55110
(651) 653-0990

**ORDER**

Based upon the above Stipulation of the parties and upon Rule 15 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 30 day of April, 2003.

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States Magistrate Judge
United States District Court