**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kevin Leroy Buford,**

**Plaintiff,**

**vs.**

**City of Minneapolis, Officer Steven Tatro, personally, individually, and in his capacity as a Minneapolis Police officer; Officers Jane Doe and Richard Roe, unknown and unnamed Minneapolis Police officers, personally, individually, and in their capacities as Minneapolis Police officers; Robert Olson, Chief of Police, personally, individually, and in his official capacity, and Columbus Corporation, d/b/a Dayton Radison Ramp,**

**Defendants.**

**Court File No.: 00-1868 MJD/JGL**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiffs' Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 8/4/03

JAY M. HEFFERN
City Attorney
By
TIMOTHY S. SKARDA
Assistant City Attorney
Attorney Reg. No. 10176X
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553

Attorneys for Defendants
City of Minneapolis, Olson, Roe and Doe

Dated: 8/11/03

ALBERT T. GOINS, SR.
Attorney Reg. No. 126159
KATHRYN R. BURKE
Attorney Reg. No. 299583
Goins & Wood
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Attorney for Plaintiff

FILED AUG 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Kevin Buford v. City of Minneapolis, et al., Civil No.: 00-1868 (MJD/JGL)

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: Aug. 14, 2003

Michael J. Davis
Judge of United States District Court

03L-0144 /Stipulation of Dismissal